PROB 12A
(Rev. 5/02 WVN)

# United States District Court
## for the
## Northern District of West Virginia

### Report on Offender Under Supervision

Name of Offender: Jesse Shayde Kenney                    Case Number:  3:15CR39

Name of Sentencing Judicial Officer: The Honorable Gina M. Groh, United States District Judge

Date of Original Sentence: April 25, 2016

Original Offense: Felon in Possession of Firearms

Original Sentence: 70 months incarceration to be served consecutively to any sentence imposed in Allegany County or Garrett County, Maryland, followed by three years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: July 27, 2022

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | <u>Mandatory Condition: The defendant shall not commit another Federal, state or local crime.</u> |
| 2 | <u>Standard Condition No. 11: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.</u> |

On March 24, 2023, U. S. Probation Officer William Dixon, the defendant's supervision officer in the District of Maryland, conducted routine record checks and discovered the defendant had been cited for Driving a Motor Vehicle on Highway on a Suspended License and Privilege, Citation Number 0220SVK, by the Cumberland City Police on February 11, 2023. The defendant appeared in Allegany County District Court on March 22, 2023, at which time the case was placed on a stet docket. As a condition of the stet docket, the defendant was ordered to complete 20 hours of community service.

The defendant failed to report his law enforcement contact and citation to U. S. Probation Officer William Dixon as required. Copies of the online court record and the Report of Noncompliance from U. S. Probation Officer Dixon have been attached for the Court's review.

U. S. Probation Officer Action/Recommendation:

The term of supervision should be:

[X] **No action at this time.** U. S. Probation Officer Dixon reported he advised the defendant the citation had been discovered and would be reviewing the terms and conditions of supervised release with the defendant again. The defendant's compliance with the conditions of supervision will continue to be monitored and any subsequent noncompliance will be reported to the Court.

Respectfully submitted,

By: *Angel D. Akers*
Angel D. Akers
U. S. Probation Officer
Date: March 31, 2023

*No response is necessary unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other
[ ] No Response
[✓] Concur with U. S. Probation Officer's Recommendation

_____
Signature of Judicial Officer

April 3, 2023
Date

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
**PROBATION & PRETRIAL SERVICES OFFICE**

250 W. PRATT STREET
SUITE 400
BALTIMORE, MD 21201
410-962-4740

7855 WALKER DRIVE
SUITE 600
GREENBELT, MD 20770
301-344-0510

LEON A. EPPS, JR.
CHIEF

101 W. LOMBARD STREET
SUITE 1625
BALTIMORE, MD 21201
410-962-4820

6500 CHERRYWOOD LANE
SUITE 110
GREENBELT, MD 20770
301-344-0375

March 28, 2023

Jon Wright
Chief Probation Officer
U.S. Probation Office
Federal Building
217 West King Street, Suite 310
Martinsburg, WV 25401

                                      RE:   KENNEY, Jesse
                                                 Case no.: 3:15-CR-00039
                                                 <u>**Report of Noncompliance--No**</u>
                                                 <u>**Action Requested**</u>

Dear Chief Wright:

Jesse Kenney appeared before the Honorable Gina M. Groh, U.S. District Judge for the Northern District of West Virginia, for sentencing subsequent to a conviction on April 25, 2016. He was convicted of Felon in Possession of Firearms (18 U.S.C. §§ 922(g)(1) and 924(a)(2)), and sentenced to 70 months imprisonment and three years of supervised release, with the following additional conditions imposed: 1) The defendant shall not purchase, possess, or consume alcohol during the term of supervision; 2) The defendant shall participate in a program of testing, counseling, and treatment for the use of alcohol or drugs if so ordered by the probation officer; 3) The defendant shall not purchase, possess, or consume any organic or synthetic intoxicants, including bath salts, synthetic cannabinoids, or other designer stimulants; 4) The defendant shall not frequent places that sell or distribute synthetic cannabinoids or designer stimulants; 5) Unless excused for legitimate reasons, if not in compliance with the conditions of supervision requiring full-time employment at a lawful occupation, the defendant may be directed to perform up to 20 hours of community service per week until employed, as approved by the probation officer; 6) The defendant shall submit his person, property, house, residence, office, vehicle, papers, computer, or other electronic communications or data storage devices or media, to a search conducted by a U.S. Probation Officer; 7) The defendant shall be prohibited from possessing a potentially vicious or dangerous animal or residing with anyone who possesses a potentially vicious or dangerous animal.

Re: KENNEY, Jesse
Case no.: 3:15-CR-00039
Report of Noncompliance--No Action Requested
Page: 2
March 28, 2023

Mr. Kenney was released from the custody of the Bureau of Prisons on July 27, 2022, and his supervision was transferred to the District of Maryland due to his establishment of residence in Cumberland, Maryland. Mr. Kenney currently resides at 619 Henderson Avenue, Cumberland, Maryland. He is employed full-time with Foxcraft Homes construction.

The purpose of this report is to notify your district of recent noncompliance on the part of Mr. Kenney. During a record check conducted by this officer on March 24, 2023, this officer discovered that Mr. Kenney had incurred a new charge in Allegany County, Maryland, which was not previously reported to this officer.

On February 13, 2023, Mr. Kenney was cited by Cumberland City Police for Driving a Motor Vehicle on Highway on a Suspended License and Privilege (Allegany County District Court citation no. 0220SVK). Mr. Kenney appeared in court for trial on March 22, 2023, and the court stetted the case. Mr. Kenney was ordered to complete 20 hours of community service as a condition of the stet.

This officer advised Mr. Kenney that the citation was discovered by our office. This officer will be reviewing his conditions of supervision with him, specifically pertaining to notifying his probation officer when any contact with law enforcement is experienced.

This officer is seeking no action from your district at this time. Mr. Keeney's future compliance with the conditions of supervision will be monitored and any subsequent noncompliance will be reported to your district as necessary. Please feel free to contact the undersigned if you have any questions or concerns.

Sincerely,

William Dixon
U.S. Probation Officer

Renee Parenti
Supervisory U.S. Probation Officer